# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| GERARDO FERNANDEZ and ANNA FERNANDEZ,<br><br>        Plaintiffs,<br><br>  v.<br><br>WASHINGTON MUTUAL BANK, FA and QUALITY LOAN SERVICE CORPORATION,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-01404 AWI SKO<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

      Plaintiffs filed this action on August 11, 2009. An initial scheduling conference was set for November 12, 2009. On November 9, 2009, the parties requested that, due to settlement negotiations, the initial scheduling conference be taken off calendar. The parties were directed by minute order that, if a settlement did not take place, they should inform the court to reset the scheduling conference. After six (6) months of inaction by the parties, the Court ordered that a status report be filed by Plaintiffs no later than April 30, 2010. Plaintiffs failed to file a status report.

      On June 30, 2010, the Court ordered Plaintiffs, by July 7, 2010, to either (1) file a status report or (2) show cause why sanctions should not be imposed for their failure to comply with the Court's April 23, 2010, order requiring a status report. On June 30, 2010, Plaintiffs responded to the Court's order to show cause by filing a notice of voluntary dismissal. In light of Plaintiffs' response,

the order to show cause will be discharged.

    Accordingly, IT IS HEREBY ORDERED THAT the June 30, 2010, order to show cause is DISCHARGED.

<u>IT IS SO ORDERED.</u>

**Dated:   July 1, 2010**              /s/ Sheila K. Oberto
<u>                                        UNITED STATES MAGISTRATE JUDGE</u>