1   John W. Villines (CA SBN 193672)
    JV LAW
2   726 14th Street, Suite E
    Modesto, CA  95354
3   Tel:  (209) 524-9903
    Fax: (209) 524-6655
4   E-Mail:  john@jvlaw.net

5   Attorneys for Plaintiff
    GERARDO FERNANDEZ &
6   ANNA FERNANDEZ

7

8              **IN THE UNITED STATES DISTRICT COURT**

9         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10                       **FRESNO DIVISION**

11

12   GERARDO FERNANDEZ, an            )   CASE NO: 1:09-cv-01404-AWI-DLB
     individual, & ANNA FERNANDEZ, an )
13   individual,                      )   **ORDER OF VOLUNTARY**
                                      )   **DISMISSAL WITHOUT**
14                                    )   **PREJUDICE**
                 Plaintiffs,          )
15                                    )
          vs.                         )   [Fed. R. Civ. Proc. 41(a)]
16                                    )
                                      )
17                                    )
     WASHINGTON MUTUAL BANK,          )
18   FA, a Washington Corporation;    )
     QUALITY LOAN SERVICE             )
19   CORPORATION, a California        )
     Corporation; & DOES 1 – 10;      )
20                                    )
                                      )
21               Defendants.          )

22

23        Pursuant to Federal Rule of Civil Procedure 41(a), plaintiffs GERARDO

24   FERNANDEZ and ANNA FERNANDEZ have filed and served on all parties a

25   Notice of Voluntarily Dismissal Without Prejudice.
26

27        IT IS ORDERED that the above-captioned action, *FERNANDEZ v.*

28   *WASHINTON MUTUAL BANK, FA & QUALITY LOAN SERVICE*

                                    -1-

1    *CORPORATION,* Case Number 1:09-01404-AWI-DLB, be, and hereby is,

2
3    dismissed without prejudice.

4

5

6    IT IS SO ORDERED.

7
     Dated:   July 1, 2010
8                                      _____
                                       CHIEF UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)